1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   STEVEN ALAN LARKIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-273-MCE |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| STEVEN ALAN LARKIN, | DATE: January 5, 2012 |
| Defendant. | TIME: 9:00 a.m. |
| | JUDGE: Hon. Morrison C. England Jr. |

It is hereby stipulated and agreed to between the United States of America through JARED DOLAN, Assistant U.S. Attorney, and defendant STEVEN ALAN LARKIN by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, November 17, 2011, be continued to Thursday, January 5, 2012, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to examine possible defenses and to continue investigating the facts of the case.

///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 5, 2012, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 10, 2011　　Respectfully submitted,

　　　　　　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　/S/ Benjamin Galloway
　　　　　　　　　　　　　　BENJAMIN GALLOWAY
　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　STEVEN ALAN LARKIN


DATED: November 10, 2011　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　/s/ Benjamin Galloway for
　　　　　　　　　　　　　　JARED DOLAN
　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set November 17, 2011 status conference and revocation hearing shall be continued to January 5, 2012, at 9:00 a.m.. It is further ordered that the time period from the date of the parties' stipulation, November 10, 2011, through and including the date of the new status conference, January 5, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: November 22, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE